UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL D. ROGERS,

        Plaintiff,

    v.

Warden DUFFY,

        Defendant.
_____/

No. C-14-5386 EMC (pr)

**ORDER OF TRANSFER**

    Plaintiff, an inmate at the California Health Care Facility in Stockton, filed this *pro se* civil action, complaining of events and omissions that occurred at that facility, which is located in San Joaquin County. San Joaquin County is within the venue of the Eastern District of California. Defendant, the warden of the prison, apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: January 13, 2015

                                                  _____
                                                  EDWARD M. CHEN
                                                  United States District Judge